KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF CONTINUED CONFIRMATION HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Lionel Lamont Heron<br>Shanee T. Strickland | CASE NO.: LA19-23567-NB |
| | **NOTICE OF CONTINUED CONFIRMATION HEARING** |
| DEBTOR(S) | DATE:    3/26/20<br>TIME:     9:30 am<br>PLACE:   Roybal Building<br>              Courtroom 1545 15th Floor<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

**TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that the confirmation hearing for the referenced case has been

continued.  The hearing will occur at the time and place listed above.

Dated:  2/27/20

_____
**Kathy A. Dockery,     Chapter 13 Trustee**

| In re: **LIONEL LAMONT HERON**<br>**SHANEE T. STRICKLAND** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:19-bk-23567-NB** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "NOTICE OF CONTINUED CONFIRMATION HEARING", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 2/28/20, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/28/20 | Gloria Mangum | /s/ Gloria Mangum |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

| In re: | **LIONEL LAMONT HERON** | CHAPTER: 13 |
| | **SHANEE T. STRICKLAND** | |
| | | CASE NUMBER: **2:19-bk-23567-NB** |

## Service List

Lionel Lamont Heron
Shanee T. Strickland
2159 East Donatello Street
Lancaster, CA 93535

PRICE LAW GROUP, APC
6345 BALBOA BLVD. SUITE 247
ENCINO, CA 91316

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                            **F 9013-3.1**